3/20/2026

Hello,

The following documents are enclosed for the Consular Court of U.S. Western District:

1. 2 pages Justin Roane - New Individual Habeas

2. 1 page Notice of Appeal - Civ-26-185-JD

3. 9 pages Habeas Ad Subjiciendum - Keith Edwards    New Individual

4. Douglas H. Allison - New Individual Lawsuit    2 Complaint + Cover pages

These Case Are All seperate and are not to be filed together or you will be held Accountable by God.

Keith Edwards